IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| KEONDRA M. CHESTANG, <br> ADC #134005, <br> <br> Plaintiff, <br> v. <br> <br> VARNER SUPER MAX, Classification <br> Committee; *et al.*, <br> <br> Defendants. | * <br> * <br> * <br> * <br> * <br> *  No. 5:11-cv-00225-SWW-JJV <br> * <br> * <br> * <br> * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims for damages and injunctive relief based on his disciplinary conviction are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. Defendant Minnie Drayer is DISMISSED from Plaintiff's Complaint without prejudice.

3. Defendants Varner Super Max Classification Committee and Tucker Maximum Security Unit Classification Committee are DISMISSED with prejudice, as immune from liability.

IT IS SO ORDERED THIS 30TH DAY OF JANUARY, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE