# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| KEONDRA M CHESTANG, <br> ADC #134005, | * <br> * <br> * | |
| Plaintiff, | * | |
| v. | * <br> * | No. 5:11-cv-00225-SWW-JJV |
| VARNER SUPER MAX, Classification Committee; *et al.*, | * <br> * <br> * | |
| Defendants. | * | |

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Temporary Restraining Order, which this Court construes as a Motion for Preliminary Injunctive Relief (Doc. No. 12) is DENIED.

IT IS SO ORDERED this 22nd day of February, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE