IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEONDRA M. CHESTANG,            *
ADC #134005,                    *
        Plaintiff,          *
v.                              *
                                                      *   No. 5:11-cv-00225-SWW-JJV
VARNER SUPER MAX, Classification *
Committee, *et al*;             *
        Defendants.          *

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.     Defendants' Motion to Dismiss (Doc. No. 47) is GRANTED;

2.     Plaintiff's cause of action is DISMISSED with prejudice.

3.     This dismissal constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).[1]

DATED this 3rd day of April, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The statute provides that a prisoner may not file an *in forma pauperis* civil rights action or appeal if the prisoner has, on three or more prior occasions, filed an action or appeal that was dismissed as frivolous, malicious or for failure to state a claim, unless the prisoner is under imminent danger of serious physical injury.