IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| KEONDRA M. CHESTANG, <br> ADC #134005, <br><br> Plaintiff, <br> v. <br><br> VARNER SUPER MAX, Classification Committee, *et al*; <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> *  No. 5:11-cv-00225-SWW-JJV <br> * <br> * <br> * <br> * |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g).

DATED this 3rd day of April, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1