IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEONDRA M. CHESTANG,     PLAINTIFF
ADC #134005

v.     5:11CV00225-SWW-JJV

VARNER SUPER MAX, Classification
Committee; *et al.*     DEFENDANTS

## ORDER

    Plaintiff's Motion for Declaratory Judgment (Doc. No. 94), in which he requests recalculation of his sentence for purposes of determining parole eligibility, is DENIED. Plaintiff's Motion is unrelated to matters at issue in the present Complaint, and appears to be a matter for habeas corpus relief.

    IT IS SO ORDERED this 27th day of August, 2013.

                                                                                   _____
                                                                                  JOE J. VOLPE
                                                                                 UNITED STATES MAGISTRATE JUDGE