# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| KEONDRA M. CHESTANG, <br> ADC #134005, <br><br> Plaintiff, <br> v. <br><br> VARNER SUPER MAX Classification <br> Committee; *et al.,* <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> *   No. 5:11CV00225-SWW-JJV <br> * <br> * <br> * <br> * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.  After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.	Defendants' Motion to Deem Admitted their Statement of Facts (Doc. No. 104) is GRANTED.

2.	Defendants' Motion for Summary Judgment (Doc. No. 98) is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

IT IS SO ORDERED this 6th day of January, 2014.

/s/Susan Webber Wright<br>UNITED STATES DISTRICT JUDGE