# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KEONDRA M. CHESTANG,  \*
ADC #134005,  \*
\*
      Plaintiff,  \*
v.  \*
\*  No. 5:11CV00225-SWW-JJV
VARNER SUPER MAX Classification  \*
Committee; *et al.,*  \*
\*
      Defendants.  \*

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 6th day of January, 2014.

      /s/Susan Webber Wright
      UNITED STATES DISTRICT JUDGE