**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| KEONDRA M. CHESTANG, ADC #134005, | * * * |
| Plaintiff, | * |
| v. | * * No. 5:11CV00225-SWW-JJV |
| VARNER SUPER MAX Classification Committee; *et al.*, | * * * |
| Defendants. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 6th day of January, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE